IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NARRE GILES, Individually; TOMMESHA WALKER-STRIBLING, Individually; BRANDON WALKER, Individually; and NARRE GILES, as Parent and Natural Guardian of C.B. a minor, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURGH operating the PITTSBURGH BUREAU OF POLICE; OFFICER JASON BRAUN; OFFICER DEVON CRIPPEN; OFFCIER PHILLIP SZALLA; OFFICER BRANDON LARGE; OFFICER JOSEPH SEABURN; OFFICER JORDAN LOSCAR; and, OFFICERS JOHN DOE,<br><br>Defendants. | Civil Action No.: 2:22-cv-614 |

## JOINT STIPULATION OF DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants stipulate to the dismissal of the instant action with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

By: /s/ Max Petrunya
MAX PETRUNYA, ESQUIRE
Pa. I.D. No.: 309122
MAX PETRUNYA, P.C.
5 Bayard Rd., Unit 917
Pittsburgh, PA 152113
 (412) 720-3497
maxpetrunyapc@gmail.com

*Counsel for Plaintiffs*

/s/ Michael E. Kennedy
MICHAEL E. KENNEDY, ESQUIRE
 PA ID #52780
City Law Department
313 City-County Building
414 Grant St.
Pittsburgh, PA  15219
412-255-2025
michael.kennedy@pittsburghpa.gov

*Counsel for all Defendants*
