IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NARRE GILES, Individually; TOMMESHA WALKER-STRIBLING, Individually; BRANDON WALKER, Individually; and NARRE GILES, as Parent and Natural Guardian of C.B. a minor, Individually;<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURGH operating the PITTSBURGH BUREAU OF POLICE; OFFICER JASON BRAUN; OFFICER DEVON CRIPPEN; OFFCIER PHILLIP SZALLA; OFFICER BRANDON LARGE; OFFICER JOSEPH SEABURN; OFFICER JORDAN LOSCAR; and, OFFICERS JOHN DOE,<br><br>    Defendants. | Civil Action No.: 2:22-cv-614 |

**ORDER**

AND NOW, this *15th* day of *March*, 2023, upon consideration of Joint Motion for Dismissal, it is hereby ORDERED, ADJUDGED and DECREED that, pursuant to Federal Rule of Civil Procedure 41 (a)(1), this action is dismissed with prejudice.

BY THE COURT:

*Maureen P. Kelly*, J.